UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:18-cv-02652-JAR-JPO |
| DEER CREEK LOTS 1, 3 AND 6 07 A, LLC, a Kansas limited liability company; | : |
| FOUR B CORP., a Kansas corporation; and | : |
| PAN KANSAS LLC, a Delaware limited liability company; | : |
| Defendants. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant FOUR B CORP. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the Plaintiff and Defendant FOUR B CORP. have entered into a Settlement Agreement regarding all matters in this action.

DATE:  April 5, 2019

Respectfully submitted,

*/s/Robert J. Vincze*
Robert J. Vincze (KS # 14101)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

*/s/ Anne E. Baggott*
Anne E. Baggott (KS #23629)
Michael J. Judy (KS #22916)
Dysart Taylor et al.
4420 Madison Avenue, Suite 200
Kansas City, Missouri 64111
Phone: 816-931-2700
abaggott@dysarttaylor.com
mjudy@dysarttaylor.com

*Attorneys for Defendant*
*Deer Creek Lots 1, 3 and 6 07 A, LLC*


*/s/Timothy P. Orrick*_____
Timothy P. Orrick (KS #12511)
Orrick & Erskine, L.L.P.
11900 College Blvd., Suite 204
Overland Park, Kansas 66210
Phone: 913-888-1777
timorrick@OrrickLawGroup.com

*Attorneys for Defendant FOUR B CORP.*


*/s/Phillip C. Thompson*_____
Phillip C. Thompson (KS #27575)
Kyle B. Russell (KS #20457)
Jackson Lewis P.C.
7101 College Boulevard, Suite 1200
Overland Park, Kansas 66210
Phone: 913-981-1018
Phillip.Thompson@jacksonlewis.com
Kyle.Russell@jacksonlewis.com

*Attorneys for Defendant Pan Kansas LLC*