UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:18-cv-02652-JAR-JPO |
| DEER CREEK LOTS 1, 3 AND 6 07 A, LLC, a Kansas limited liability company; | : |
| FOUR B CORP., a Kansas corporation; and | : |
| PAN KANSAS LLC, a Delaware limited liability company; | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT PAN KANSAS LLC

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant PAN KANSAS LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the Plaintiff and Defendant PAN KANSAS LLC have entered into a Settlement Agreement regarding all matters in this action.

DATE:  May 24, 2019

Respectfully submitted,

*/s/Robert J. Vincze*
Robert J. Vincze (KS # 14101)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

*/s/ Anne E. Baggott*
Anne E. Baggott (KS #23629)
Michael J. Judy (KS #22916)
Dysart Taylor et al.
4420 Madison Avenue, Suite 200
Kansas City, Missouri 64111
Phone: 816-931-2700
abaggott@dysarttaylor.com
mjudy@dysarttaylor.com

*Attorneys for Defendant*
*Deer Creek Lots 1, 3 and 6 07 A, LLC*

*/s/Phillip C. Thompson*_____
Phillip C. Thompson (KS #27575)
Kyle B. Russell (KS #20457)
Jackson Lewis P.C.
7101 College Boulevard, Suite 1200
Overland Park, Kansas 66210
Phone: 913-981-1018
Phillip.Thompson@jacksonlewis.com
Kyle.Russell@jacksonlewis.com

*Attorneys for Defendant Pan Kansas LLC*

2