UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

FRED NEKOUEE, individually,           :
                                      :
          Plaintiff,                  :
                                      :
vs.                                   :   Case No. 2:18-cv-02652-JAR-JPO
                                      :
DEER CREEK LOTS 1, 3 AND 6 07 A, LLC, :
a Kansas limited liability company;   :
                                      :
FOUR B CORP., a Kansas corporation; and :
                                      :
PAN KANSAS LLC, a Delaware limited    :
liability company;                    :
                                      :
          Defendants.                 :
_____   :

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT DEER CREEK LOTS 1, 3 AND 6 07 A, LLC

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant DEER CREEK LOTS 1, 3 AND 6 07 A, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the Plaintiff and such Defendant have entered into a Settlement Agreement regarding all matters in this action.

DATE:  June 28, 2019

Respectfully submitted,

*/s/Robert J. Vincze*
Robert J. Vincze (KS # 14101)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and


*/s/ Anne E. Baggott*
Anne E. Baggott (KS #23629)
Michael J. Judy (KS #22916)
Dysart Taylor et al.
4420 Madison Avenue, Suite 200
Kansas City, Missouri 64111
Phone: 816-931-2700
abaggott@dysarttaylor.com
mjudy@dysarttaylor.com

*Attorneys for Defendant*
*Deer Creek Lots 1, 3 and 6 07 A, LLC*